## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 3:12-cr-00210-JBA |
| ) | |
| JACQUELINE POLVERARI, ) | |
| ) | December 24, 2014 |
| Defendant. ) | |
| ) | |

### MOTION TO FILE UNDER SEAL

Jacqueline Polverari, by and through undersigned counsel and pursuant to D. Conn. L. Civ. R. 5(d)(1), D. Conn. L. Cr. R. 1(c) and the Court's broad Article III powers to regulate the administration of the criminal trial process, respectfully requests permission of the Court to file the motion to extend surrender date under seal in that it raises considerations consistent with other sealed documents in this matter. *See* Doc. 47, 58, 59.

Respectfully submitted,

BY:     /s/ Todd Bussert
Todd Bussert, CT24328
FROST | BUSSERT LLC
129 Church Street, Suite 226
New Haven, CT 06510
(203) 495-9790; Fax: (203) 495-9795
tab@frostbussert.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Todd Bussert
    Todd A. Bussert