UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. No. 3:12CR210(JBA) |
| | : | |
| JACQUELINE POLVERARI | : | |

### ORDER

Upon consideration of the Government's Motion for Limited Unsealing, the representations therein, and the record of the case as a whole,

IT IS HEREBY ORDERED that the Motion for Limited Unsealing is granted; and

IT IS FURTHER ORDERED that the following documents are unsealed to the limited extent that the government may produce copies to the four defendants' counsels as part of its discovery obligations in the case of United States v. Ryan Geddes, et al., 3:14CR228(JBA):

(1) The government's 5K Motion, which is the first of the two parts of docket item no. 47; and

(2) The government's redacted sentencing memorandum, which the government has filed along with its Motion for Limited Unsealing.

(3) Other than for the limited unsealing authorized by this Order, the above two documents shall remain sealed until further order of the Court.

Dated this 30th day of December, 2014, at New Haven, Connecticut.

HON. JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE